# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.14-261(16) (JRT/JBRT) |
| Plaintiff, | |
| v. | **ORDER** |
| TIARA LIGON, | |
| Defendant. | |

Karen Schommer Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff,

Manvir K. Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Defendant filed a Motion for Extension of Time to Surrender (Docket No. 1209). Defendant is currently required to voluntarily surrender on January 22, 2018.

Based upon defendant's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to Surrender [Docket No. 1166] is **GRANTED.** Defendant's voluntary surrender date is now set for 11:00 a.m. on February 12, 2018 at a facility as designated by the Bureau of Prisons.

Dated: January 19, 2018  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court